**UNITED STATES of America ex rel. Stephen BRITTLE; Scott Meyer, Plaintiffs—Appellants,**

v.

**CITY OF PHOENIX, ARIZONA, a Municipal corporation; Anton Rimsza, in his official capacity as Mayor of the City of Phoenix; Frank Fairbanks, in**

---

* The Honorable Edward C. Reed, Jr., Senior United States District Judge for the District of Nevada, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

his official capacity as City Manager of the City of Phoenix; George W. Britton, in his official capacity as Deputy City Manager of the City of Phoenix; James Colley, in his official capacity as the Director of the Department of Parks, Recreation and Library for the City of Phoenix, Defendants—Appellees.

No. 01–15482.

D.C. No. CV–99–01415–VAM.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 12, 2002.

Decided April 22, 2002.

MEMORANDUM*

Because this is a required element of the statutory cause of action, entry of judgment against Relators was proper.

The district court correctly denied Relators' motion for leave to amend as futile because, among other reasons, Relators' evidence did not create a triable issue of fact as to scienter.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.